UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| SARA JELDE, | Case No. 13-CV-3610 (PJS/JJG) |
| Plaintiff, | |
| v. | ORDER |
| SHARON V. DOOLEY, Field Office Director, St. Paul Field Office, United States Citizenship and Immigration Service; JANET NAPOLITANO, Secretary, Department of Homeland Security; and MOLLA JELDE EDATI, | |
| Defendants. | |

P. Chinedu Nwaneri, NWANERI LAW FIRM, PLLC, for plaintiff.

D. Gerald Wilhelm, UNITED STATES ATTORNEY'S OFFICE, for defendants Sharon V. Dooley and Janet Napolitano.

Israel W. Gobena, GOBENA & ASSOCIATES, for defendant Molla Jelde Edati.

This matter is before the Court on two motions: (1) the motion of defendant Molla Jelde Edati to dismiss the second amended complaint of plaintiff Sara Jelde; and (2) the motion of defendants Sharon V. Dooley and Janet Napolitano for remand on the issue of Jelde's application for naturalization and dismissal of the remainder of her second amended complaint. For the reasons stated on the record at the June 20, 2014 hearing, those motions are granted.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY ORDERED THAT:

1. The motion to dismiss of defendant Molla Jelde Edati [ECF No. 31] is GRANTED. Jelde's second amended complaint is DISMISSED WITHOUT PREJUDICE as to Edati.

2. The motion for partial dismissal and remand of defendants Sharon V. Dooley and Janet Napolitano [ECF No. 34] is GRANTED.

    a. The decision as to whether to grant or deny Jelde's application for naturalization is REMANDED to U.S. Citizenship and Immigration Services ("USCIS"). USCIS must make an initial decision as to Jelde's application for naturalization no later than August 4, 2014.

    b. The remainder of Jelde's second amended complaint is DISMISSED WITHOUT PREJUDICE as to Dooley and Napolitano.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 20, 2014              s/Patrick J. Schiltz
                                  Patrick J. Schiltz
                                  United States District Judge